# CERTIFICATE OF RESOLUTION OF

## PALACIOS DRYWALL INCORPORATED

I, JOSE PALACIOS, state the following resolutions:

1. RESOLVED, that in the judgment of the Debtor, it is desirable and in the best interest of the Debtor Palacios Drywall Incorporated, and its creditors and other interested parties, that a petition be filed by the Debtor for relief under Chapter 7 of the United States Bankruptcy Code, and it is further

2. RESOLVED, that the Cushner & Associates, P.C., 399 Knollwood Road, Suite 205, White Plains, New York 10603 be and hereby is employed under a general retainer as the attorney for the Debtor in the Chapter 11 case, and it is further

3. RESOLVED, that Jose Palacios, is authorized to execute and file all petitions, schedules, motions, lists, applications, pleadings, and other papers, and in that connection, to employ and retain all assistance by legal counsel, accountants or other professionals and to take any and all action which he deems necessary and proper in connection with the Chapter 7 case, with a view to the successful prosecution of such case.

Dated: White Plains, New York
September 21, 2022

/s/ _____
Jose Palacios, President
Palacios Drywall Incorporated

Sworn to before me on this
21st day of September 2022

_____
Notary Public

TODD S. CUSHNER
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02CU6071553
Qualified in Westchester County
Commission Expires March 18, 20 26